UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
BOWLERO SPORTS AND :
ENTERTAINMENT HOLDINGS, LLC, :
 :
                        Plaintiff,   :       25-CV-1563 (VSB)
 :
        -against-     :         **ORDER**
 :
CALIFORNIA BOWLING LLC, :
 :
                       Defendant.  :
 :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on February 24, 2025, (Doc. 1), and filed an affidavit of service on March 26, 2025, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was April 15, 2025. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 30, 2025. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 16, 2025
            New York, New York

                                                         _____
                                                         VERNON S. BRODERICK
                                                         United States District Judge