UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
BOWLERO SPORTS AND :
ENTERTAINMENT HOLDINGS, LLC, :
:
                             Plaintiff, :         25-CV-1563 (VSB)
:
                   -against- :         **ORDER**
:
CALIFORNIA BOWLING LLC, :
:
                        Defendant. :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On May 1, 2025, I issued an order to show cause for default judgment, which, among other things, scheduled a show-cause hearing for June 2, 2025. (Doc. 15.) Due to a conflict, it is hereby:

      ORDERED that the June 2, 2025 hearing is adjourned to June 6, 2025 at 11 a.m. The dial-in information is unchanged.

      IT IS FURTHER ORDERED that Defendant shall file any opposition to Plaintiff's Order to Show Cause For Default Judgment on or before May 23, 2025. Plaintiff shall file any reply on or before June 3, 2025.

      IT IS FURTHER ORDERED that Plaintiff shall serve each Defendant with a copy of this order on or before May 14, 2025, and file affidavits of service on the electronic docket on or before May 16, 2025.

SO ORDERED.

Dated: May 9, 2025
        New York, New York

                                        Vernon S. Broderick
                                        United States District Judge