UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
        :
BOWLERO SPORTS AND        :
ENTERTAINMENT HOLDINGS, LLC,        :
        :
                Plaintiff,        :        25-CV-1563 (VSB)
        :
                -against-        :        **ORDER**
        :
CALIFORNIA BOWLING LLC,        :
        :
                Defendant.        :
        :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I held a telephonic show-cause hearing in this matter on June 6, 2025 at 11:00 a.m. Defendant California Bowling LLC failed to appear at the hearing. In accordance with my comments at the hearing, it is hereby:

      ORDERED that default judgment is entered against Defendant as to liability on Plaintiff's breach-of-contract claim.

      IT IS FURTHER ORDERED that this action be referred to Magistrate Judge Sarah Netburn for an inquest into damages. Plaintiff claims that Defendant agreed to pay Plaintiff $300,000 under the Current Agreement.[1] (Doc. 13 ¶ 22.) However, the Current Agreement defines the "Fee" as "For the two (2) Year Contract Term, $150,000 to be paid in 8 equal quarterly installments of $37,500." (Doc. 1-2 at 1.)

---

[1] The Current Agreement, effective from January 1, 2024 through December 31, 2025, is the Sponsorship and Product Registration Agreement entered into by the parties. (*See* Doc. 1-2.)

SO ORDERED.

Dated: June 6, 2025
New York, New York

VERNON S. BRODERICK
United States District Judge