UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
       :
BOWLERO SPORTS AND       :
ENTERTAINMENT HOLDINGS, LLC,       :
       :
                      Plaintiff,       :       25-CV-1563 (VSB) (SN)
       :
                -against-       :       **ORDER**
       :
CALIFORNIA BOWLING LLC,       :
       :
                    Defendant.       :
       :
----------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On June 6, 2025, I entered default judgment against Defendant as to liability, (Doc. 20), and referred this action to Magistrate Judge Sarah Netburn for an inquest as to damages, (Doc. 19). On September 15, 2025, Judge Netburn issued a thorough 10-page Report and Recommendation ("Report" or "R&R") which, among other things, ordered Plaintiff to "supplement the record with a sworn declaration and a copy of the September 2025 invoice to confirm the total amount outstanding under the 2024 Agreement." (Doc. 23 at 9.) The Report also recommended that, assuming Plaintiff files such a declaration, Plaintiff be awarded: "$298,750.00 in damages; (2) nine percent per annum in pre-judgment interest on $298,750.00 from October 16, 2024, until a final judgment is entered; (3) $773.18 in costs; and (4) postjudgment interest consistent with 28 U.S.C. § 1961." (*Id.*) Plaintiff has since filed the declaration on September 23, 2025. (Doc. 24.) Accordingly, it is hereby:

      ORDERED that Plaintiff serve Defendant with copies of both (1) the Report (Doc. 23), and (2) Plaintiff's declaration filed on September 23, 2025, (Doc. 24). Plaintiff shall file an affidavit of service of both documents on or before October 20, 2025.

SO ORDERED.

Dated:   October 9, 2025
         New York, New York

Vernon S. Broderick
United States District Judge